■ John Benedetti et al., Respondents, v Joan Hube, Appellant. [751 NYS2d 429] —Appeal from an order of Supreme

Court, Monroe County (Galloway, J.), entered March 7, 2002, which denied defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Monroe County, Galloway, J. Present—Hayes, J.P., Hurlbutt, Kehoe, Burns and Lawton, JJ.